IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 10-00324-09-CR-W-DW

ENRIQUE GONZALES MENDOZA

AUSA: Catherine Connelly
Defense Atty.: Brian Gaddy, CJA appointment

| Judge | **John T. Maughmer** United States Magistrate Judge | Date and Time | **March 2, 2011** 11:00am - 11:15am |
|---|---|---|---|
| Deputy Clerk | Kerry Martinez | Tape/Reporter | K. Martinez |
| Interpreter | None | Pretrial/Prob: | None |

# Clerk's Minutes

SCHEDULING CONFERENCE

**REMARKS:** All parties present and ready for hearing. A motion for continuance of trial was filed by defendant Chaviano on February 25, 2011 (Doc. 82), requesting the docket set for September 12, 2011. Counsel for defendant Mendoza advises the Court that they wish to join in the Motion To Continue filed by defendant Chaviano. Upon consent of all parties to the trial being continued until the docket set to commence on February 12, 2011, the Court grants the motion. The Court advises parties that a written scheduling and trial order will follow.

Counsel for the defendant advises the Court that the bond set as to the defendant has been met but a detainer has been lodged by the District of Kansas for charges recently filed in that Court. The Court advises counsel for the defendant to inquire into the charges in the District of Kansas to determine if the defendant can be released on the bond set by this Court and if the defendant will be required to go into custody in the other district pending bond proceedings in that district. Court adjourned.